UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RYAN STRONG,

    Plaintiff,

v.                                      Case No.:  2:22-cv-318-KCD

CITY OF NAPLES and JOSEPH
MATTHEW CRAIG,

    Defendants.
_____/

## ORDER

This case was before the Court for a hearing on Defendant Joseph Craig's Motion to Compel. (Doc. 71.) Having reviewed the briefing, and for the reasons stated on the record, the Court grants in part and denies in part Defendant's motion. Plaintiff Ryan Strong must answer the disputed interrogatories and document requests under the parameters outlined by the Court. Plaintiff is also directed to update his Rule 26 disclosures to reflect how his claimed damages are calculated. Defendant's motion is denied in all other respects.

**ENTERED** in Fort Myers, Florida on January 4, 2023.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge